RODERICK G. DORMAN (SBN 96908)
rdorman@mckoolsmithhennigan.com
ALAN P. BLOCK (SBN 143783)
ablock@mckoolsmithhennigan.com
LEAF K. WILLIAMS (SBN 265720)
lwilliams@mckoolsmithhennigan.com
NOELLE L. CHUNG (SBN 272244)
nchung@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN, P.C.
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Telephone:   (213) 694-1200
Facsimile:   (213) 694-1234

ANN SCHOFIELD BAKER (*Pro Hac Vice*)
asbaker@mckoolsmith.com
MCKOOL SMITH, P.C.
One Bryant Park, 47th Floor
New York, NY 10036
Telephone:   (212) 402-9400
Facsimile:   (212) 402-9444

Attorneys for Plaintiff,
SAN ANTONIO WINERY, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN ANTONIO WINERY, INC., a California corporation, | Case No. CV13-06409 DDP (VBKx) |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | Hon. Dean D. Pregerson |
| CONSTELLATION BRANDS, INC., a Delaware corporation, CONSTELLATION BRANDS U.S. OPERATIONS, INC., a New York corporation, and DOES 1-10, inclusive, | Complaint Filed:   August 30, 2013<br>Pre-Trial Conference:   November 24, 2014<br>Trial:   December 9, 2014 |
| Defendants | |

Case No. CV13-06409 DDP (VBKx)                                       STIPULATION OF DISMISSAL

1004297

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff San Antonio Winery, Inc. and Defendants Constellation Brands, Inc. and Constellation Brands U.S. Operations, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the Complaint is hereby dismissed with prejudice, with each party bearing its own fees and costs.

DATED: July 7, 2014

**MCKOOL SMITH HENNIGAN, P.C.**
Roderick G. Dorman
Alan P. Block
Leaf K. Williams
Noelle L. Chung

**MCKOOL SMITH, P.C.**
Ann Schofield Baker (*admitted pro hac vice*)

By   /s/ Ann Schofield Baker
       Roderick G. Dorman
       Ann Schofield Baker

Attorneys for Plaintiff,
SAN ANTONIO WINERY, INC.

DATED: July 7, 2014

**MORRIS POLICH & PURDY LLP**
Donald L. Ridge

**KENYON & KENYON LLP**
Frank L. Bernstein
Megan Olesek
Edward T. Colbert (*admitted pro hac vice*)
William M. Merone (*admitted pro hac vice*)

By         /s/ Megan Olesek
              Megan Olesek

Attorneys for Defendants
CONSTELLATION BRANDS, INC. and
CONSTELLATION BRANDS U.S.
OPERATIONS, INC.

-2-

# ATTESTATION OF SIGNATURE

I, Ann Schofield Baker, Counsel for Plaintiff San Antonio Winery, Inc., am the CM/ECF User whose ID and password is used to electronically file this STIPULATION OF DISMISSAL WITH PREJUDICE. I hereby attest, pursuant to L.R. 5-4.3.4(a)(2)(i), that Counsel for Defendants Constellation Brands, Inc. and Constellation Brands U.S. Operations, Inc. (Megan Olesek) concurred in this filing's content and authorized this filing.

DATED: July 8, 2014

By /s/ Ann Schofield Baker
   Roderick G. Dorman
   Ann Schofield Baker

Roderick G. Dorman
Alan P. Block
Leaf K. Williams
Noelle L. Chung
**MCKOOL SMITH HENNIGAN, P.C.**

Ann Schofield Baker (*admitted pro hac vice*)
**MCKOOL SMITH, P.C.**

Attorneys for Plaintiff,
SAN ANTONIO WINERY, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 8, 2014 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

          */s/* Ann Schofield Baker
          Ann Schofield Baker

1004297